# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  BARBARA L. FRICKS                                   Case Number: 07-70705
       2608 ARTHUR AVENUE
       ROCKFORD, IL  61101                SSN-xxx-xx-3136

                                                   Case filed on:     3/27/2007
                                                   Plan Confirmed on:
                              U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $240.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,000.00 | 2,000.00 | 224.40 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 224.40 | 0.00 |
| 999 | BARBARA L. FRICKS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CREDIT BUREAU OF NORTH WEST ILLINOI | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CREDITOR SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CRUSADER CLINIC | 226.00 | 226.00 | 0.00 | 0.00 |
| 006 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | NATIONWIDE CREDIT INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | NICOR GAS | 738.22 | 738.22 | 0.00 | 0.00 |
| 009 | ROCKFORD HEALTH PHYSICIANS | 154.00 | 154.00 | 0.00 | 0.00 |
| 010 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | US DEPARTMENT OF EDUCATION | 6,522.82 | 6,522.82 | 0.00 | 0.00 |
| 012 | BRANDI JORDAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ROCKFORD MERCANTILE AGENCY INC | 584.00 | 584.00 | 0.00 | 0.00 |
|  | Total Unsecured | 8,225.04 | 8,225.04 | 0.00 | 0.00 |
|  | Grand Total: | 10,225.04 | 10,225.04 | 224.40 | 0.00 |

Total Paid Claimant:       $224.40
Trustee Allowance:         $15.60         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00           discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

                                                  /s/ Lydia S. Meyer
                                                  Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008           By  /s/Heather M. Fagan